

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

September 14, 2017

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 518
New York, NY 10007

Re:   *Wang et al. v. Shun Lee Palace Restaurant, Inc., et al.*, Index No. 17-cv-840
      *Potential Conflict Issues*

Dear Judge Broderick:

We write pursuant to the Court order dated August 28, 2017 (*See* Dkt. 42) to inform the Court that we have resolved all of the potential conflict issues that were discussed at the initial pre-trial conference on August 25, 2017, and therefore we are representing all of the defendants in the above-referenced case.

As always, we thank the Court for its attention to this matter.

Respectfully submitted,


Eli Z. Freedberg

EZF

littler.com