# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

January 21, 2020

Jiajing Fan, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: jfan@hanglaw.com

**Via ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J.  1/22/2020
>
> The Clerk of Court is respectfully directed to withdraw the appearances of John Troy and Aaron Schweitzer on behalf of Plaintiff Bao Guo Zhang.

       Wang et al v. Shun Lee Palace Restaurant, Inc. et al
       Case No. 1:17-cv-00840-VSB
       <u>Letter Motion to Clarify</u>

Dear Judge Broderick:

  This firm is counsel for the Plaintiffs Cheng Xia Wang, Bao Guo Zhang, Chunlin Zhang, Ze Jun Zhang, Jun Qing Zhao, Ya Qiang Zhang, Jun Ling Zhao, Hui Min Zhao, Jing Sheng Guan, Li Weng in the above-referenced case. On July 10, 2019, we filed the Motion to Substitute the Attorneys for Cheng Xia Wang, Bao Guo Zhang, Chunlin Zhang, Ze Jun Zhang, Jun Qing Zhao (Doc. 109). On July 26, 2019, the Court has granted the Motion to Substitute the Attorneys filed on July 10, 2019 (Doc. 128).

  After that, the clerk mistakenly terminated Troy Law on the dockets for other Plaintiffs. Thus, on September 4, 2019, the Court ordered that the Clerk of Court is respectfully directed to reinstate the appearance of John Troy and Aaron Schweitzer on behalf of all Plaintiffs except for the following Plaintiffs: Cheng Xia Wang, Chunlin Zhang, Jun Qing Zhao, and Ze Jun Zhang a/k/a Zejun Zhang.

  Plaintiff Bao Guo Zhang who was granted substitution of attorney, was left out in the Order for no reason. We believe it may due to a mistake. To avoid the confusion and clarify for the records, we respectfully to request the clerk the correct a clerical mistake in the Docket 131 on September 04, 2019 and clarify that Bao Guo Zhang was represented by Hang Law.

  We appreciate the Court for its attention and consideration to this matter.

Respectfully submitted,

/s/ *Jiajing Fan*
Jiajing Fan, Esq.
*Attorney for Plaintiffs*