UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHENG XIA WANG, et al.,

                 Plaintiffs,

-against-

SHUN LEE PALACE RESTAURANT, INC., et al.,

                 Defendants.

---

17-CV-840 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiffs' letter motion dated January 29, 2020, (Doc. 159), and Defendants' response dated February 7, 2020, (Doc. 165). It is hereby:

ORDERED that all parties in this case are directed to appear for a status conference on February 28, 2020 at 10:30 a.m.

IT IS FURTHER ORDERED that, no later than February 21, 2020, the parties are directed to meet and confer and submit a proposed revised notice of pendency to address the rulings I made at the November 7, 2019 status conference and corresponding order, (Doc. 142). The parties are advised that no requests for extensions to this deadline will be granted absent exceptional circumstances;

IT IS FURTHER ORDERED that, at the February 28, 2020 conference, the parties should be prepared to discuss their proposed revised notice of pendency and its effect on the positions taken in their letter motions.

SO ORDERED.

Dated: February 11, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge