# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

March 16, 2020

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 3/17/2020

Jiajing Fan, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: jfan@hanglaw.com

**Via ECF**
Honorable Judge Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

As clearly stated in the Court's January 22, 2020 order, (Doc. 158), Aaron Schweitzer and John Troy have been terminated from their representation of Bao Guo Zhang.  Jiajing Fan has been substituted as counsel for this plaintiff.  The Court admonishes Aaron Schweitzer and John Troy again after repeatedly warning about the need to cooperate with Jiajing Fan.  No later than March 24, 2020, Aaron Schweitzer and John Troy shall submit a letter clarifying that the consolidated complaint they filed on December 17, 2019, and the opposition memorandum they filed on March 3, 2020, are inaccurate to the extent these documents state that Aaron Schweitzer and John Troy represent Bao Guo Zhang.

Wang et al v. Shun Lee Palace Restaurant, Inc. et al
Case No. 1:17-cv-00840-VSB
<u>Letter Motion to Clarify</u>

Dear Judge Broderick:

This firm is counsel for the Plaintiffs Cheng Xia Wang, Bao Guo Zhang, Chunlin Zhang, Ze Jun Zhang, Jun Qing Zhao, Ya Qiang Zhang, Jun Ling Zhao, Hui Min Zhao, Jing Sheng Guan, Li Weng in the above-referenced case. On July 10, 2019, we filed the Motion to Substitute the Attorneys for Cheng Xia Wang, Bao Guo Zhang, Chunlin Zhang, Ze Jun Zhang, Jun Qing Zhao (Doc. 109). On July 26, 2019, the Court has granted the Motion to Substitute the Attorneys filed on July 10, 2019 (Doc. 128).

On January 22, 2020, the Court granted undersigned's Order to update Plaintiff Bao Guo Zhang's attorney as Hang & Associates, PPLC. (Docket. 159)

Yet after Troy Law continues to represent themselves as Bao Guo Zhang's attorney in the following motions and other responses. This firm has contacted Troy Law to clarify for the issue, to avoid causing confusion of the Court. Troy Law explicitly rejected for no reason. (Ex. 1)

I am writing to clarify this issue to Your Honor, and to request and Order to request Troy Law stop confusing on the records by claiming themselves as Bao Guo Zhang's attorney.

We appreciate the Court for its attention and consideration to this matter.

Respectfully submitted,

_/s/ Jiajing Fan_
Jiajing Fan, Esq.
*Attorney for Plaintiffs*