```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
 CHENG XIA WANG, et al.,                                    :
                                                            :
                              Plaintiffs,                   :
                                                            :           17-CV-840 (VSB)
              - against -                                   :
                                                            :                ORDER
                                                            :
 SHUN LEE PALACE RESTAURANT, INC.                           :
 et al..,                                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2020

VERNON S. BRODERICK, United States District Judge:

In light of my comments during the July 29, 2020 status conference, it is hereby:

ORDERED that counsel for Plaintiffs shall meet and confer, and file—no later than August 3, 2020—a joint letter proposing dates on which I can hold a hearing regarding Plaintiffs' counsels' dispute.

IT IS FURTHER ORDERED that Hang & Associates, PLLC and Troy Law, PLLC shall jointly find a certified translator who will appear at the hearing and serve as the translator for the Court.

SO ORDERED.

Dated: July 30, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge