```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHENG XIA WANG, et al.,                                     :
                                                            :
                                    Plaintiffs,             :
                                                            :          17-CV-840 (VSB)
                  - against -                               :
                                                            :              ORDER
                                                            :
SHUN LEE PALACE RESTAURANT, INC.                            :
et al.,                                                     :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2020

<u>VERNON S. BRODERICK, United States District Judge</u>:

It is hereby:

ORDERED that the evidentiary hearing in this matter is scheduled for August 17, 2020 at 2:00 p.m.  The hearing will take place over Skype for Business, a dial-in link for which will be emailed to the parties.  All testimony will take place over video conferencing, and counsel and their witnesses are directed to appear via video.  As stated in my previous order, Hang & Associates, PLLC and Troy Law, PLLC shall jointly find a certified translator who will appear at the hearing and serve as the translator for the Court.  The translator may use the toll free dial-in number provided to the parties and need not appear via video.

IT IS FURTHER ORDERED that the parties shall docket witness lists and any exhibits they intend to use during the hearing no later than August 14, 2020.

IT IS FURTHER ORDERED that members of the public may dial in to the conference with the following dial-in information:  917-933-2166, Conference Access Code: 940548733.  Members of the public are directed to mute their lines.

SO ORDERED.

Dated: August 10, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge