```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CHENG XIA WANG, et al.,                                     :
                                                            :
                              Plaintiffs,                   :
                                                            :            17-CV-840 (VSB)
                - against -                                 :
                                                            :                 ORDER
                                                            :
SHUN LEE PALACE RESTAURANT, INC.                            :
et al.,                                                     :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On August 17, 2020, I held an evidentiary hearing to consider the merits of the letter motion of Hang & Associates, PLLC ("Hang & Associates") for an injunction and for sanctions against Troy Law.  (Doc. 187.)  In the letter, Hang & Associates represented that "Troy Law has been calling and harassing Plaintiff Chunlin Zhang, in order to solicit him to change counsel and communicate about settlement positions."  After hearing the testimony presented by both Hang & Associates and Troy Law during the August 17, 2020 evidentiary hearing, I find that Hang & Associates has not met its burden to demonstrate that sanctions are appropriate; therefore, Hang & Associate's motion is DENIED.

SO ORDERED.

Dated: August 25, 2020
       New York, New York

_____
Vernon S. Broderick
United States District Judge