```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
CHENG XIA WANG, CHUNLIN ZHANG, JUN QUING                                :
ZHAO, BAO GUO ZHANG, ZE JUN ZHANG, GUOYI                                :
WANG, TONG WEI WU, and ZHI QIANG LU,                                    :       17-CV-840 (VSB)
                                                                        :
                              Plaintiffs,                               :       ORDER
                                                                        :
                  -against-                                             :
                                                                        :
SHUN LEE PALACE RESTAURANT, INC., T & W                                 :
RESTAURANT, INC., JOHN HWANG, MICHAEL                                   :
TONG, BIN HU, and WILLIAM HWANG,                                        :
                                                                        :
                              Defendants.                               :
                                                                        :
------------------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendants' letter dated November 19, 2021, (Doc. 263), which asks me to strike eight of the thirteen declarations filed by Plaintiffs in support of their motion for class certification, (*see* Doc. 259). Under my Individual Rule 4.D, parties are limited to five affidavits to support their motions unless with leave or good cause. Plaintiffs did not seek leave of this Court to file additional affidavits. Therefore, it is hereby ORDERED that by December 10, 2021, Plaintiffs shall file a letter with this Court explaining (1) any good cause they have for filing thirteen affidavits to support their motion, and (2) in the case that I do not find any such good cause, which five affidavits they wish to keep.

SO ORDERED.

Dated:    December 1, 2021
             New York, New York

                                                      Vernon S. Broderick

                                      United States District Judge