

**Littler Mendelson, PC**
900 Third Avenue
New York, NY  10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

December 28, 2021

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 12/28/2021

Defendants shall file their opposition by 1/7/2022.
Plaintiffs shall file their reply by 1/26/2022.

**VIA ECF**
The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:   Wang et al. v. Shun Lee Palace Restaurant, Inc. et. al., 17-cv-840 (VSB)**

Dear Judge Broderick:

We represent Defendants Shun Lee Palace Restaurant, Inc. d/b/a Shun Lee Palace; T&W Restaurant, Inc. d/b/a Shun Lee West, and Michael Tong[1] ("Defendants") in the above referenced matter.  We write to seek an approximate ten-day extension of time (until January 7, 2022) from the current deadline, for Defendants' to oppose Troy Law's motion for class certification. This is Defendants' second request for an extension of time to oppose the class certification motion. Additional time is needed given several positive COVID-19 test results in my family and the need to provide care to those family members, including two children. Troy Law consents to this request, provided they are afforded the same courtesy (until January 26, 2022) to submit their reply, which Defendants consent to.

We thank the Court for its consideration of Defendants' position.

Respectfully submitted,

Littler Mendelson, P.C.


*/s/ Eli Z. Freedberg*

Eli Z. Freedberg


cc:     All Counsel of Record (via ECF)

---

[1] Defendants T&W Payroll Services, Inc., John Hwang, William Hwang, and Bin Hu have been dismissed from this Action.