UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WANG et al.,

                  Plaintiffs,

                -against-

SHUN LEE PALACE RESTAURANT, INC. et al.,

                Defendants.
------------------------------------------------------------X

17-CV-840 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On February 8, 2022, Defendants filed a motion to dismiss the claims against Plaintiffs Tong Wei Wu and Weiting Zhao pursuant to Federal Rules of Civil Procedure 37(b) and 41(b). (Doc. 286.) Accordingly, it is hereby ORDERED that Plaintiffs shall file any opposition to Defendants' recent motion to dismiss or, if not opposing, any amended complaint by February 23, 2022. Defendants shall file their reply to the opposition, if any, by March 2, 2022.

SO ORDERED.

Dated: February 9, 2022
       New York, New York

                                              Vernon S. Broderick
                                              United States District Judge