```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
WANG et al.,                                                :
                                                            :
                          Plaintiffs,                       :
                                                            :        17-CV-840 (VSB)
              -against-                                     :
                                                            :             ORDER
SHUN LEE PALACE RESTAURANT, INC.                            :
et al.,                                                     :
                                                            :
                          Defendants.                       :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

I am in receipt of the parties' joint status report. (Doc. 291.) Defendants informed me that they are "waiting for the Court to render its decision on several of the [pending] motions prior to determining whether to file dispositive and other motions." (*Id*. at 2.) Given that I will not be able to resolve all of the pending motions before the post-discovery conference scheduled for March 17, 2022, the parties may move to adjourn the conference if they think it is not necessary at this point.

In the event that the parties are attending the conference, they are reminded that this will be a telephone conference and that they shall refer to my Individual Rules for dial-in information.

SO ORDERED.

Dated: March 8, 2022
       New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge