

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

March 9, 2022

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> APPLICATION GRANTED
> SO ORDERED /s/ Vernon Broderick
> VERNON S. BRODERICK
> U.S.D.J.   03/10/22

**Re:** *Wang et al. v. Shun Lee Palace Restaurant, Inc. et. al., 17-cv-840 (VSB)*

Dear Judge Broderick:

This firm represents defendants Shun Lee Palace Restaurant, Inc., T & W Restaurant, Inc., and Michael Tong (collectively, "Defendants") in the above-referenced matter. We write in accordance with Your Honor's March 8, 2022 Order (ECF Dkt. No. 292) to request an adjournment of the post-discovery conference until after the Court renders its decisions on the open motions and at the Court's convenience. Plaintiffs have consented to Defendants' request for an adjournment of the conference.

This is Defendants' first request for an adjournment of the post-discovery conference. We thank the Court for its consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.


*/s/ Eli Z. Freedberg*

Eli Z. Freedberg


cc: All Counsel of Record (via ECF)