UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHENG XIA WANG et al.,                                      :
:
                      Plaintiffs,                :
:    17-cv-840 (VSB)
           -against-                                :
:    **ORDER**
:
SHUN LEE PALACE RESTAURANT, INC.                            :
D/B/A SHUN LEE PALACE, et al.,                              :
:
                      Defendants.                :
:
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    I am reviewing the motions for attorneys' charging liens Troy Law, PLLC ("Troy Law"), (Docs. 216, 246), as well as the objections from Plaintiffs who are now represented by Hang & Associates. PLLC ("Hang & Associates") and Defendants, (Docs. 221, 251, 252). In their objections, Plaintiffs argue that Troy Law is not entitled to any charging lien because they terminated Troy Law for cause. (*See* Doc. 221, at 8–10; Doc. 251, at 8–10.) Troy Law contends that it was not discharged for cause. (Doc. 253, at 7–8.)

    "A hearing is required to determine if an attorney was discharged for cause, and, if not, the amount of his fee on a quantum meruit basis." *Antonmarchi v. Consol. Edison Co.*, 678 F. Supp. 2d 235, 241 (S.D.N.Y. 2010) (citing *Mason v. City of New York*, 889 N.Y.S.2d 24, 25 (1st Dep't 2009)). Therefore, it is hereby ORDERED that the parties shall appear before this Court on May 3, 2022 at 2PM for an in-person evidentiary hearing on whether Troy Law was discharged for cause.

SO ORDERED.

Dated: April 14, 2022

New York, New York

_____
Vernon S. Broderick
United States District Judge