# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

April 29, 2022

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 05/02/22

The hearing scheduled for tomorrow is hereby adjourned until May 10 at 11AM. At the conference, Troy Law should be prepared, among other things, to explain why I was not notified of its scheduling conflict more promptly.

**Via ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Letter requesting Adjournment of Evidentiary Hearing on May 3, 2022 to a later date
*Wang v. Shun Lee Palace Restaurant, Inc.*, No. 17-cv-00840 (VSB), (S.D.N.Y.)

Your Honor,

We represent Plaintiffs Guoyi Wang, Tong Wei Wu, Zhi Qiang Lu, Haiping Wu, Guoliang Xu, Steven Chung, Quek Yeow Yap, Shude Zhang, Keeyew Foo, Tsunming Fong, Mingsung Chan, Leungtack Choi, Fong Yue, Billy Qin, Monaliza Wong, and Weijun Zhen in the above-referenced matter. We write respectfully pursuant to Your Honors Order dated April 14, 2022, that the parties are to appear for an in person Evidentiary Hearing on May 3, 2022 at 02:00 pm. Plaintiff respectfully request that the Evidentiary Hearing be adjourned to a later date in May for plaintiffs have a scheduling conflict. Plaintiff have reached out to both co-plaintiff counsel and defense counsel and co-plaintiffs counsel stated that they do not consent to the adjournment while defense counsel neither joins or opposes the request. This is the Troy Law's first request and granting such request will not prejudice any party in the action.

On April 14, 2022, Your Honor issued an Order stating that the parties shall appear for an in person Evidentiary Hearing on May 3, 2022 at 02:00 pm to discuss whether Troy Law was discharged for cause. Troy Law counsel respectfully request for an adjournment of the hearing for Troy Law has a scheduling conflict on the date of the hearing. The attorney that would be appearing for Troy Law at the hearing, Attorney Aaron Schweitzer, will be in an all-day Evidentiary Hearing in the case of *Kyong Ho Ahn v. MB Rye Metro Nail* AAA 01-21-0004-9948 in front of Arbitrator Peck and will not be able to attend the Hearing scheduled at 2:00 pm on that day. Plaintiffs respectfully request the court to adjourn the Evidentiary Hearing to one of the four days that plaintiff proposes or a day the court is available. Plaintiff proposes the following dates:

- May 12, 2022, in the afternoon
- May 22, 2022, in the afternoon
- May 26, 2022 in the afternoon, or
- May 27, 2022 in the afternoon

For the reasons stated above, Troy Law plaintiffs respectfully request that the in person Evidentiary Hearing be adjourned from May 3, 2022 to either one of the dates plaintiffs proposes above or a later date in May.

Hon. Vernon S. Broderick, U.S.D.J.
April 29, 2022
*Wang v. Shun Lee Palace Restaurant, Inc.*, No. 17-cv-00840 (VSB), (S.D.N.Y.)
Page 2 of 2

      We thank the Court for its attention to and consideration of this matter and sincerely apologize for the inconvenience.

                                          Respectfully submitted,
                                          TROY LAW, PLLC

                                          */s/ John Troy*
                                          John Troy
                                          *Attorney for Plaintiffs*

cc: via ECF
    all counsel of record
    /gd