```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHENG XIA WANG et al.,                                     :
                                                           :
                              Plaintiffs,                  :
                                                           :      17-cv-840 (VSB)
              -against-                                    :
                                                           :         ORDER
                                                           :
SHUN LEE PALACE RESTAURANT, INC.                           :
D/B/A SHUN LEE PALACE, et al.,                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      An evidentiary hearing has been scheduled before this Court on May 10, 2022 at 11 AM. The parties are reminded that if they intend to call witnesses who require the services of an interpreter that it is the responsibility of the party calling the witness to provide an interpreter. The Court does not provide interpreters in civil cases.

SO ORDERED.

Dated: May 5, 2022
       New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge