```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
CHENG XIA WANG et al.,                                     :
                                                           :
                              Plaintiffs,                  :
                                                           :       17-cv-840 (VSB)
               -against-                                   :
                                                           :            ORDER
SHUN LEE PALACE RESTAURANT, INC.                           :
D/B/A SHUN LEE PALACE, et al.,                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    Yesterday, I held an evidentiary hearing on whether Troy Law, PLLC ("Troy Law") was terminated for cause in connection with its motions for attorneys' charging lien. In accordance with my comments made at the end of the conference, it is hereby ORDERED that the parties shall appear before me for a continued evidentiary hearing on May 31, 2022 at 10:00 AM; the parties shall make sure that all relevant exhibits are pre-marked, with copies available.

    It is FURTHER ORDERED that before the continued evidentiary hearing, the parties shall meet and confer about the attorney-client privilege issues raised by certain exhibits presented by Troy Law during yesterday's hearing, and shall inform me of their positions through a joint letter on or before May 27, 2022.

    The parties are further directed to order the transcript for yesterday's hearing.

SO ORDERED.

    New York, New York
Dated: May 11, 2022

                                                                Vernon S. Broderick
                                                                 United States District Judge