UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
CHENG XIA WANG et al.,                                      :
                                                            :
                           Plaintiffs,                      :
                                                            :      17-cv-840 (VSB)
              -against-                                     :
                                                            :      **ORDER**
                                                            :
SHUN LEE PALACE RESTAURANT, INC.                            :
D/B/A SHUN LEE PALACE, et al.,                              :
                                                            :
                           Defendants.                      :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Yesterday, I held an evidentiary hearing on whether Troy Law, PLLC was terminated for cause in connection with its motions for attorneys' charging lien. In accordance with my comments made at the end of the conference, it is hereby ORDERED that on or before June 14, 2022, Troy Law, PLLC and Hang & Associates, PLLC shall file a joint letter regarding each of their positions on the attorney-client privilege issue raised by the communications during an initial meeting between Hang & Associates, PLLC, and the group of five Plaintiffs as mentioned during the hearing. Defendants shall state their position only if they feel necessary.

SO ORDERED.

Dated: June 1, 2022
      New York, New York

                                                            Vernon S. Broderick
                                                          United States District Judge