# TROY LAW, PLLC
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 103, Flushing, NY 11355

June 14, 2022

**Via ECF**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> APPLICATION DENIED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 07/14/22
>
> This request is moot in light of my July 13, 2022 Opinion and Order resolving matters related to the evidentiary hearing referenced in this letter. (Doc. 322.)

**Re: Joint Letter Requesting Extension of Time to File Letter Regarding Positions of Issues Raised at May 31, 2022 Evidentiary Hearing**
*Wang v. Shun Lee Palace Restaurant, Inc.*, No. 17-cv-00840 (VSB), (S.D.N.Y.)

Your Honor,

We represent Plaintiffs Guoyi Wang, Tong Wei Wu, Zhi Qiang Lu, Haiping Wu, Guoliang Xu, Steven Chung, Quek Yeow Yap, Shude Zhang, Keeyew Foo, Tsunming Fong, Mingsung Chan, Leungtack Choi, Fong Yue, Billy Qin, Monaliza Wong, and Weijun Zhen in the above-referenced matter. We respectfully and jointly with Hang & Associates and defense counsel to Request a week extension of time to provide the court with our joint letter outlaying the postions of issues raised at the May 31, 2022 Continued Evidentiary Hearing. This would mean that the parties' joint letter regarding the positions of the issues raise at the Evidentiary Hearing on May 31, 2022 should be filed by June 20, 2022. This is Troy Law's first request and granting such request will not prejudice any party in the matter.

Troy Law request for an extension for the attorney that attended the hearing, Attorney Aaron Schweitzer, has had court conferences, along with pending deadlines and was unable to put some attention as to Troy Law's position in the Joint letter that we are supposed to provide to the court. Additionally, attorney Aaron Schweitzer is currently preparing for a Bench Trial in the Southern District of New York in the matter of *Chen v. L&H Wine Liquor Inc* 19-cv-06115 in front of Judge Paul Gardephe that is set to commence tomorrow June 15, 2022. With the numerous of court conferences and the pending trial coming up Attorney Schweitzer was unable to put some time to fully develop Troy Law's position on the issues raised at the Evidentiary Hearing on May 31, 2022. The additional week will be able to give Attorney Schweitzer some time to review his notes from the hearing and come up with Troy Law's position on the issues that were raised at the continued hearing. Troy Law has emailed both Co-plaintiffs and Defense counsel and they consent to the adjournment request

For the reasons stated above, Troy Law respectfully requests for a week extension of time for the parties to file their letter regarding positions of issues raised at the May 31, 2022 Evidentiary Hearing, meaning the parties shall file their letter by June 20, 2022.

.

Hon. Vernon S. Broderick, U.S.D.J.
June 14, 2022
*Wang v. Shun Lee Palace Restaurant, Inc.*, No. 17-cv-00840 (VSB), (S.D.N.Y.)
Page 2 of 2

   We thank the Court for its attention to and consideration of this matter and sincerely apologize for the inconvenience.

                  Respectfully submitted,
                  TROY LAW, PLLC

                  */s/ John Troy*
                  John Troy
                  *Attorney for Plaintiffs*

cc: via ECF
  all counsel of record
  /gd