UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
Cheng Xia Wang et al., :
:
                              Plaintiffs, :
:    17-CV-840 (VSB)
            - against - :
:       **ORDER**
:
SHUN LEE PALACE RESTAURANT, INC. :
D/B/A SHUN LEE PALACE, et al., :
:
                            Defendants. :
:
------------------------------------------------------------X

      Defendant's counsel has filed with the court a declaration setting forth time records and supporting documentation regarding hours expended due to the failure of the Plaintiffs' counsel to comply with their discovery obligations.

      If Plaintiff's Counsel Troy Law objects to paying to Defendants' counsel the amount of attorneys' fees set forth in Defendants' counsel declaration, then no later than August 19, 2022, he shall file a letter not to exceed three-pages setting forth the basis for his objections, addressing why such an award in such amount would be unjustified or unjust. Any reply by Defendants' counsel (not to exceed three pages) shall be filed by August 24, 2022.

      SO ORDERED.

Dated:  August 16, 2022
          New York, New York

                                                    Vernon S. Broderick
                                                    United States District Judge