UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
CHENG XIA WANG et al.,                                   :
                                                         :
                        Plaintiffs,          :
                                                         :      17-cv-840 (VSB)
             -against-                                 :
                                                         :      **ORDER**
                                                         :
SHUN LEE PALACE RESTAURANT, INC.                         :
D/B/A SHUN LEE PALACE, et al.,                           :
                       Defendants.         :
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       The Court will conduct a post-discovery conference on July 21, 2023 at 3:00pm. The conference will be held telephonically, using the dial-in 888-363-4749 and the access code 2682448. It is hereby

       ORDERED that the parties submit a joint letter on or before July 18, 2023 updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

SO ORDERED.

Dated:  July 10, 2023
          New York, New York

                                                                          Vernon S. Broderick
                                                                          United States District Judge