UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WANG et al.,

                              Plaintiffs,                    **17-cv-840 (VSB) (VF)**

              -against-                                 **ORDER**

SHUN LEE PALACE RESTAURANT, INC. et al.,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The parties are directed to submit a joint letter updating the Court as to the status of discovery in this matter by no later than **August 4, 2023.**

**SO ORDERED.**

DATED:    New York, New York
                   July 28, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge