```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   WANG et al.,                                          :
                                                         :
                              Plaintiff,                 :
                                                         :        17-cv-840 (VSB)
                    -against-                            :
                                                         :             ORDER
   SHUN LEE PALACE RESTAURANT, INC.                      :
   et al.,                                               :
                                                         :
                              Defendants.                :
---------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      A proposed Case Management Plan was filed on the docket on July 31, 2023.  In the Case Management Plan, the Parties requested that I refer the parties to the Southern District's Mediation Program.  (Doc. 342.)  The Parties were previously referred to mediation on June 5, 2017, (Doc. 27.), and a final report of the mediator was filed on April 7, 2019 reporting that court-ordered mediation was unsuccessful in resolving any issue in the case.  (Doc. 87.)  Should the parties wish to be referred to a Magistrate Judge for settlement discussions or to be referred to the Southern District's Mediation Program for mediation, they should file a letter on the docket on or before August 4, 2023.

SO ORDERED.

Dated:  August 2, 2023
       New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge