UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    CHUNLIN ZHANG, *et al.*,

                            Plaintiffs,

                 - against -                       17-cv-840 (VSB)

    MICHAEL TONG, *et al.*,                **ORDER**

                            Defendants..
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        In light of the pending motions and the upcoming status conference scheduled by Judge Figueredo, the post-discovery conference scheduled for January 11, 2024, (Doc. 343), is hereby adjourned until further notice.

SO ORDERED.

Dated: January 3, 2024
       New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge