UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WANG et al.,

                    Plaintiffs,

      -against-

SHUN LEE PALACE RESTAURANT, INC. et al.,

                    Defendants.
------------------------------------------------------------------X

**17-cv-840 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

As directed in the Court's January 3, 2025 opinion and order (see ECF No. 387), Plaintiff's counsel submitted a high-resolution photograph of the letters of administration, and the photograph depicts the raised seal of the Queen's County Surrogate's Court. ECF No. 388-2. As such, for the reasons stated in the Court's January 3 opinion, the motion to substitute Xiao Xu Li for the deceased plaintiff Weijun Zhen is granted.

    **SO ORDERED.**

DATED:    New York, New York
                January 21, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge