**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CHENG XIA WANG et al.,

                     Plaintiffs,                 **17-CV-840 (VSB) (VF)**

        -against-                         **ORDER**

SHUN LEE PALACE RESTAURANT, INC. et al.,

                     Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

       As directed in Judge Broderick's April 1, 2025, opinion and order (see ECF No. 390),

Defendants submitted a declaration in support of their motion for sanctions and attorney's fees

and costs against Troy Law, PLLC and John Troy on May 1, 2025. See ECF No. 391. To date,

Plaintiffs have not filed a response. Plaintiffs must file an opposition by **June 5, 2025**, or the

motion will be decided based solely on Defendants' submissions.

       **SO ORDERED.**

DATED:     New York, New York
           May 22, 2025

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge