

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
212.954.5011 fax
efreedberg@littler.com

June 18, 2025

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** *Wang et al. v. Shun Lee Palace Restaurant, Inc. et. al.*, **Case No. 17-cv-840 (VSB)**

Dear Judge Broderick:

This firm represents defendants Shun Lee Palace Restaurant, Inc., T & W Restaurant, Inc., and Michael Tong (collectively, "Defendants") in the above-referenced matter.

Defendants respectfully request that their deadline to file their motion for summary judgment be briefly extended by two weeks. Defendants' counsel has reached out to counsel for Plaintiffs, but did not receive a response. Defendants have also agreed to push back the deadline for Plaintiffs to oppose their motion for summary judgment by a correlating two weeks. Accordingly, the new proposed deadlines are:

- Deadline for Defendants to file their Motion for Summary Judgment – from June 20 to July 3, 2025

- Deadline for Plaintiffs to file their Opposition to the Motion for Summary Judgment - from August 8 to August 22, 2025

- Deadline for Defendants to file their Reply Brief in support of their Motion for Summary Judgment – from August 29 to September 12, 2025

This is Defendants' first request for an extension of time.

The Honorable Vernon S. Broderick
June 18, 2025
Page 2

We thank the Court for its consideration of the parties' request.

Respectfully submitted,

**Littler Mendelson, P.C.**

*/s/ Eli Z. Freedberg*

Eli Z. Freedberg

cc: All Counsel of Record (via ECF)

---

Defendants' request for an extension is hereby GRANTED. The Court adopts the summary judgment scheduled proposed by Defendants herein.

Defendants are cautioned that, in the future, no extension requests will be granted that do not comply with my Individual Rules.

Dated: June 20, 2025

SO ORDERED:

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE